AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

NICE Systems, Inc.,

*Plaintiff,*

v.                                              Case No. 0:16-cv-01759-ADM-FLN

Pedro J. Becquer,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Pedro J. Becquer

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Randall E Kahnke
        90 S 7th St Ste 2200
        Mpls, MN
        55402-3901

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*                         By:

                                                                                                         */s/ McCarthy*

                                                                                              Signature of Clerk or Deputy Clerk

                                                                      Katie McCarthy

Date of Issuance: May 31, 2016

STATE OF MINNESOTA

COUNTY OF HENNEPIN

AFFIDAVIT OF SERVICE

Re:   NICE Systems, Inc. vs. Pedro J. Becquer
      Court File No. 0:16-cv-01759-ADM_FLN
      Our File No.: 510003-000001-06254

**Jon K. Olson,** being first duly sworn upon oath, deposes and states, that on the 3rd day of **July, 2016,** he served:

1. **Summons;**
2. **Complaint;**
3. **Plaintiff's Rule 7.1 Corporate Disclosure Statement; and**
4. **Civil Cover Sheet,**

upon **Pedro J. Becquer,** therein named at, **The Minneapolis/St. Paul International Airport, Terminal 1, at the Delta Airlines Sky Priority Baggage Check-In Counter a/k/a 4300 Glumack Drive, St. Paul,** State of **Minnesota,** by handing to and leaving true and correct copies thereof, with **Pedro J. Becquer.**

Subscribed and Sworn to before me
this 5th day **July, 2016.**

_William A. Lindberg_
**Notary Public**

_Jon Olson_
**Process Server**