## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| NICE Systems, Inc., | Civil Case No. 16-cv-1759 (DWF/FLN) |
| Plaintiff, | |
| vs. | **STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| Pedro Becquer, | |
| Defendant. | |

Plaintiff NICE Systems, Inc. and Defendant Pedro Becquer, through their respective counsel of record, hereby stipulate that Defendant may have until and including August 15, 2016, to answer or otherwise respond to the Complaint (ECF No. 1).

Dated:  July 21, 2016          */s/ Randall E. Kahnke*
Randall E. Kahnke (MN #202745)
Cicely R. Miltich (MN #392902)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone: (612) 766 7000
Facsimile: (612) 766 1600
E-mail: Randall.Kahnke@faegrebd.com
E-mail: Cicely.Miltich@faegrebd.com

Jay P. Warren (*pro hac vice*)
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY  10104
Telephone: (212) 541-1466
Facsimile: (212) 541-1466
E-mail: jpwarren@bryancave.com

*Counsel for Plaintiff NICE Systems, Inc.*

|  |  |
|---|---|
| Dated:  July 21, 2016 | */s/ Jeffrey Storms* |
|  | Jeffrey Storms |
|  | Newmark Storms Law Office LLC |
|  | 100 South Fifth Street, Suite 2100 |
|  | Minneapolis, MN  55402 |
|  | Telephone: (612) 455 7050 |
|  | Facsimile: (612) 455 7051 |
|  | E-mail: jeff@newmarkstorms.com |
|  | *Counsel for Defendant Pedro Becquer* |

US.107312965.01