# Exhibit L

**From:** Pedro Becquer
**Sent:** Wednesday, January 06, 2016 6:33 PM
**To:** Joyce Holupka
**Subject:** BackOffice RVP Position Follow Up

Joyce,

I am happy to accept the RVP of BackOffice position we discussed and look forward to our future dialog fully defining the role.

Regards,

Pedro

**Pedro Becquer**
**Global Account Executive – Citi**

(M) (612) 720-0324
pedro@nice.com
www.nice.com



1

Exhibit L

CONFIDENTIAL

NICE_0208930