# Exhibit M

| | |
|---|---|
| **From:** | Pedro Becquer <pedro.becquer@isd.net> |
| **Sent:** | Wednesday, January 13, 2016 5:59 PM |
| **To:** | Laura Cooper |
| **Subject:** | Follow up |

Laura,

Per our conversation my last day at Mirantis was Monday the 11th. I spoke to Ed Hartman whom I gave me verbal resignation on the 11th. I had a follow up conversation with Marque Teagarden on the 12th in which I severed all ties with Mirantis. To the best of my knowledge I am not on the payroll. The separation was acrimonious and aside from sending my computer back, which will be done today, I have no activities of any sort now or pending for Mirantis.

Best regards,

Pedro
Sent from my iPhone



Exhibit M

CONFIDENTIAL

NICE_0574899