# Exhibit O

# NICE® Systems, Inc.
# Employee Handbook
# January 2015



EXHIBIT
68
4/27/17

Exhibit O

# Table of Contents

Introduction: .................................................................................................... 1

SECTION 1
General Policies: ............................................................................................ 3

Conflict of Interest/Business Ethics ................................................................ 3
Statement of Company Policy Regarding Confidentiality ............................... 3
Standard of Conduct ...................................................................................... 5

SECTION 2
Employment: ................................................................................................... 6

Equal Opportunity – Affirmative Action .......................................................... 6
Prohibited Discrimination and Harassment .................................................... 6
Workplace Violence ........................................................................................ 9
Accommodations in the Work Environment .................................................. 10
Recruiting and Hiring ..................................................................................... 10
Hiring of Relatives .......................................................................................... 11
Employee Referral Program .......................................................................... 11
Adjusted Service Date ................................................................................... 12
Immigration Reform and Control Act of 1986 ............................................... 12
Normal Working Hours/Attendance ............................................................... 12
Absence or Lateness ..................................................................................... 12
Employment Classifications .......................................................................... 13
Performance Appraisals ................................................................................ 14
Performance Improvement Plan (PIP) .......................................................... 14
Personnel Records ........................................................................................ 14
Termination and Resignation ........................................................................ 15
Release of Employee Information ................................................................. 15
Outside Employment ..................................................................................... 16

SECTION 3
Compensation and Benefits: ......................................................................... 17

Compensation Reviews ................................................................................. 17
Time Sheets ................................................................................................... 17
Payroll Processing ......................................................................................... 18
Payroll Deduction Policy ................................................................................ 18
Error in Pay .................................................................................................... 19
Additional Timekeeping and Payroll Deduction Rules for Employees in California ........................ 19
Direct Deposit ................................................................................................ 21
Overtime ........................................................................................................ 21
Vacation Time ................................................................................................ 24
Personal Days ............................................................................................... 25
Holidays ......................................................................................................... 26
Sick Days ....................................................................................................... 26
Bereavement Leave ...................................................................................... 27
Jury Duty ........................................................................................................ 27
Time off for Voting ......................................................................................... 28
Domestic Violence Leave .............................................................................. 28
Wedding Leave .............................................................................................. 29
Parental Leave of Absence ........................................................................... 30
Inclement Weather ........................................................................................ 30
Personal Leave of Absence – Non-Medical .................................................. 30
Leave of Absence under FMLA ..................................................................... 31

| | |
|---|---|
| Military Reserve Duty | 38 |
| Military Leave of Absence | 38 |
| Employee Insurance Plans | 39 |
| Insurance upon Termination – COBRA | 39 |
| Workers' Compensation | 43 |

### SECTION 4
### Employee Relations: .................................................................................... 45

| | |
|---|---|
| Appearance and Attire | 45 |
| Resolving Problems | 45 |
| Drug Free and Smoke Free Workplace | 45 |
| Background Check Policy | 48 |
| Use of Social Security Numbers | 49 |
| Safety and Health | 50 |
| Security | 52 |
| Suggestions | 52 |
| Vehicle Usage Policy | 52 |
| Solicitation/Distribution | 53 |

### SECTION 5
### Other Policies .............................................................................................. 54

| | |
|---|---|
| Garnishments | 54 |
| Travel Policy | 54 |
| MIS/IT Global Security Policy | 54 |
| Workplace Monitoring, Computer, E-mail Usage | 54 |

### SECTION 6
### Appendices A, B & C ................................................................................... 55

may be personally liable in the event a person injured by the release of information brings suit against such individual. An individual providing such information will not be indemnified by the Company. An individual providing such information will also be subject to discipline from the Company.

Nothing in this policy shall preclude the release of employee information pursuant to subpoena or incident to marriage dissolution or other court proceedings, upon advance approval of Company's General Counsel.

### OUTSIDE EMPLOYMENT

If you are employed by NICE in a full-time position, NICE will expect that your position here is your primary employment. Any outside activity must not interfere with your ability to properly perform your job duties at NICE.

If you are thinking of taking on a second job, you should notify your supervisor/manager immediately. He or she will thoroughly discuss this opportunity with you to make sure that it will not interfere with your job at the Company nor pose a conflict of interest.

Due to the competitive nature of our business, you are prohibited from working for or rendering services to any organization which competes in any way with NICE while you are employed by NICE.