# Exhibit P

```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
                    ---oOo---
NICE SYSTEMS, INC.,          )
                             )
          Plaintiff,         )
                             )
   vs.                       )
                             No. 16-cv-01759-DWF-FLN
                             )
PEDRO J. BECQUER,            )
                             )
          Defendant.         )
                             )
_____)
```

30(b)(6) DEPOSITION OF LAURIE DAHLGREN

Thursday, January 12, 2017

SAN FRANCISCO, CALIFORNIA

EcoScribe Job No.:  25498

REPORTED BY:  A. MAGGI SAUNDERS,

C.S.R. No. 2755

**EcoScribe Solutions**
www.EcoScribeSolutions.com
888.651.0505



Exhibit P

Page 78

1    Q.   If we turn to the page marked Mirantis
2  00282, so the second page of this document, if you look
3  at the very bottom it says:
4         "On October 28, 2015, 12:34 p.m. M
5         Teegardin wrote,"
6         And then it carries on to the next page:
7         "I think we effectively have a SWAT team
8         as follows."
9         Can you read that next paragraph, Bullet
10 Point 1, out loud?
11   A.   Sure.
12        "Pedro is the QB leading the team down
13        the field and managing the relationships
14        at TR. He has a plan for me to come
15        back and meet one [lever] higher then
16        sponsor Alex meet their big boss
17        after that."
18   Q.   And then the second --
19        MS. WANG: Just a moment, so I can ask
20 them to lower the noise outside.
21        MS. PIERSON: Q. We will just pause for a
22 moment and wait for your attorney to come back. [Brief
23 pause]
24        And can you also read the second bullet
25 point out loud?

Page 79

1    A.   Sure.
2         "Paul Roberts is the 'technical GM'
3         coordinating the Services team that will
4         do the work on site."
5    Q.   And this is an e-mail sent from Mr.
6  Teegardin, correct?
7    A.   Yes.
8    Q.   What is he describing in this e-mail, to
9  the best of your knowledge?
10   A.   The structure of the team that is working
11 with Thomson Reuters.
12   Q.   So, in connection with Thomson Reuters, it
13 was Mr. Becquer's role to lead the team and manage the
14 relationship; is that correct?
15   A.   Yes, and to coordinate the team that's
16 working on the account.
17   Q.   Do you know approximately how many hours
18 Mr. Becquer spent working on the Thomson Reuters
19 account?
20        MR. STORMS: Objection. Foundation.
21        THE WITNESS: I don't know how many hours.
22 It appears to be a team effort.
23        MS. PIERSON: I'll just mark this also.
24        (Mirantis Sales Bonus Statement marked
25        Plaintiff's Exhibit 16 for

Page 80

1         identification.)
2         THE WITNESS: (Reviewing the document.)
3         MS. PIERSON: Q. You've just been handed
4  a document marked Plaintiff's Exhibit 16. About
5  halfway down the page on the right, it is marked Mir-
6  -- the first page is marked Mirantis 000587.
7         Have you had time to look over this
8  document?
9    A.   Yes.
10   Q.   Do you recognize this document?
11   A.   Yes.
12   Q.   Was it produced by Mirantis in response to
13 Plaintiff's Subpoena?
14   A.   Yes.
15   Q.   What is this document?
16   A.   This is a statement that is showing the
17 activity for Pedro Becquer for the period, August 10th,
18 2015 through December 31st, 2015.
19   Q.   And we've discussed this before, about the
20 fact that his offer letter said August 10th, 2015, but
21 you weren't sure about his start date.
22        Does this confirm that Mr. Becquer's start
23 date was August 10th, 2015?
24   A.   I would say this would confirm this, or a
25 payroll record would confirm this.

Page 81

1    Q.   Okay.
2    A.   Confirm that date.
3    Q.   Who or what department at Mirantis created
4  this document?
5    A.   This would have come from Sales Operations
6  or Accounting.
7    Q.   This is a document that Mirantis creates
8  in the normal course of business?
9    A.   Yes --
10   Q.   And --
11   A.   -- to determine the results of the
12 salesperson.
13   Q.   What do you mean by, "results of the
14 salesperson"?
15   A.   What money they brought into the company.
16   Q.   So, if we turn to page two of this
17 exhibit, which is marked Mirantis 000588, there appear
18 to be -- this appears to be a spreadsheet that has five
19 lines.
20   A.   Mm-hmm.
21   Q.   And it lists opportunities names,
22 Motoro- -- and it's a bit small, so I'm trying to read
23 it -- "Motorola," followed by certain numbers;
24 "Thompson Cloud Validate, Digital Develop Cloud Q4, 15,
25 Thompson Support Renewal, State Farm Training".